IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONALD LAMAR MAY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION 23-169-CG-N |
| | ) |
| LIEUTENANT BOOKER, et al., | ) |
| | ) |
|    Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge (Doc. 46) made under 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b), and S.D. Ala. GenLR72(c), and dated August 5, 2024, is **ADOPTED** as the opinion of this Court.

Accordingly, summary judgment is **GRANTED** in favor of Defendants, and it is **ORDERED** that this case is **DISMISSED** with prejudice.

**DONE** and **ORDERED** this 18th day of September, 2024.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE