IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONALD LAMAR MAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 23-169-CG-N |
| | ) |
| LIEUTENANT BOOKER, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that this case is **DISMISSED** with prejudice.

**DONE** and **ORDERED** this 18th day of September, 2024.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE